UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-334-JVS (PJW) | Date | November 10, 2015 |
|---|---|---|---|
| Title | *Kenneth Oliver v. Donna McDaniel, et al.* | | |

Present: The Honorable   Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Show Cause Re: Plaintiff's Failure to Oppose Defendants' Motion to Dismiss

On October 14, 2015, the Court issued an order informing Plaintiff that he had until November 6, 2015 to file his opposition to Defendants' motion to dismiss. (Doc. Nos. 68, 69.) To date, he has not done so.

**No later than November 30, 2015, Plaintiff is ordered to either file his opposition or show cause for his failure to do so.** Plaintiff is warned that failure to respond by the deadline may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41.

The hearing scheduled for Tuesday, November 17, 2015 is hereby taken off calendar.

cc:
Kenneth Oliver
K54606
California State Prison Corcoran
P.O. Box. 3481
Corcoran, CA 93212

Jill Alicia Vander Borght
CAAG - Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

S:\PJW\Cases-Civil Rights\OLIVER 334\MTD briefing Schedule SAC.wpd

_____ : 00

Initials of Preparer   im