JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH OLIVER, | ) | Case No. CV 14-334-JVS (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| D. MCDANIEL, ET. AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Dismissing Plaintiff's Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 30, 2016.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\MJ - Oliver v. McDaniel - judgment.wpd